UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI, | No. 2:21-cv-1323 CKD P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

On July 27, 2021, the court received a document from petitioner titled "Petition for Writ of Habeas Corpus, Petition for Writ of Mandamus." It appears from the document that petitioner intended to file it in the Superior Court of Sacramento County, which was confirmed by petitioner's August 26, 2021 filing. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall return to petitioner the request for "Petition for Writ of Habeas Corpus, Petition for Writ of Mandamus" filed by petitioner on July 27, 2021; and

2. This case is closed.

Dated: September 1, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
asha1323.dis